IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | NO. 3:21-cv-00368 |
| v. | ) ) | JUDGE ELI RICHARDSON |
| O'CONNOR'S ENTERPRISES LLC, ET AL., | ) ) ) | MAGISTRATE JUDGE ALISTAIR NEWBERN |
| Defendants. | ) ) | |

## STATUS REPORT

Come now the parties, Plaintiff Scottsdale Insurance Company, Defendant O'Connor's Enterprises LLC d/b/a O'Connor's Irish Pub & Grill (hereinafter, "O'Connor's"), and Defendant Erica Bergdahl (hereinafter, "Ms. Bergdahl"), by and through undersigned counsel, and for their Status Report, hereby respectfully state as follows:

Counsel for the parties conferred on November 19, 2021, and we are in agreement that we have made substantial progress toward the likely resolution of this matter within the next 30 days.

Respectfully submitted,

BATSON NOLAN PLC

By:   /s/    *Suzanne G. Marsh*
     Suzanne G. Marsh, BPR No. 015555
     Jeff T. Goodson, BPR No. 023648
     *Attorneys for Defendant*
     *O'Connor's Enterprises LLC*
     121 South Third Street
     Clarksville, TN 37040
     (931) 647-1501 (phone)
     (931) 553-0153 (facsimile)
     sgmarsh@batsonnolan.com
     jgoodson@batsonnolan.com


RAINEY, KIZER, REVIERE & BELL, P.L.C.

By:   /s/    *Bradford D. Box*
     Bradford D. Box, BPR No. 16596
     *Attorney for Plaintiff Scottsdale Insurance Co.*
     209 East Main Street
     P.O. Box 1147
     Jackson, TN 38302-1147
     (731) 423-2414 (phone)
     (731) 426-8150 (facsimile)
     bbox@raineykizer.com


BURR & FORMAN LLP

By:   /s/    *J. Alex Little*
     J. Alex Little, BPR No. 29858
     Ross M. Johnson, BPR No. 36067
     Zachary C. Lawson, BPR No. 36092
     *Attorneys for Defendant Erica Bergdahl*
     222 Second Avenue South, Suite 2000
     Nashville, TN 37201
     (615) 724-3203 (phone)
     (615) 724-3303 (facsimile)
     alex.little@burr.com
     rmjohnson@burr.com
     zlawson@burr.com