IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:21-cv-00368 |
| v. | ) | |
| | ) | JUDGE ELI RICHARDSON |
| O'CONNOR'S ENTERPRISES LLC, | ) | MAGISTRATE JUDGE |
| ET AL., | ) | ALISTAIR NEWBERN |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT

Come now the parties, Plaintiff Scottsdale Insurance Company, Defendant O'Connor's Enterprises LLC d/b/a O'Connor's Irish Pub & Grill (hereinafter, "O'Connor's"), and Defendant Erica Bergdahl (hereinafter, "Ms. Bergdahl"), by and through undersigned counsel, and for their Status Report, hereby respectfully state as follows:

Counsel for the parties conferred on November 1, 2023 and are in agreement we have made substantial progress toward the likely resolution of this matter within the next 60 days.

Respectfully submitted,


BATSON NOLAN PLC


By:  /s/    *Suzanne G. Marsh*
    Suzanne G. Marsh, BPR No. 015555
    Jeff T. Goodson, BPR No. 023648
    *Attorneys for Defendant*
    *O'Connor's Enterprises LLC*
    121 South Third Street
    Clarksville, TN  37040
    (931) 647-1501 (phone)
    (931) 553-0153 (facsimile)
    sgmarsh@batsonnolan.com
    jgoodson@batsonnolan.com


RAINEY, KIZER, REVIERE & BELL, P.L.C.


By:  /s/    Bradford D. Box
    Bradford D. Box, BPR No. 16596
    *Attorney for Plaintiff Scottsdale Insurance Co.*
    209 East Main Street
    P.O. Box 1147
    Jackson, TN 38302-1147
    (731) 423-2414 (phone)
    (731) 426-8150 (facsimile)
    bbox@raineykizer.com


BURR & FORMAN LLP


By:  /s/    *J. Alex Little*
    J. Alex Little, BPR No. 29858
    Ross M. Johnson, BPR No. 36067
    Zachary C. Lawson, BPR No. 36092
    *Attorneys for Defendant Erica Bergdahl*
    222 Second Avenue South, Suite 2000
    Nashville, TN 37201
    (615) 724-3203 (phone)
    (615) 724-3303 (facsimile)
    alex.little@burr.com
    rmjohnson@burr.com
    zlawson@burr.com


2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been delivered to the following persons via U.S. Mail, the Court's electronic filing system, or other appropriate means on this 1st day of November 2023:

Bradford D. Box, BPR No. 16596
*Attorney for Scottsdale Insurance Company*
209 East Main Street
P.O. Box 1147
Jackson, Tennessee 38302-1147
(731) 423-2414–telephone
(731) 426-8150–facsimile
bbox@raineykizer.com

BURR & FORMAN, LLP
*Attorneys for Erica Bergdahl*
J. Alex Little, BPR No. 029858
Zachary Lawson, BPR No. 036092
Ross M. Johnson, BPR No. 036067
222 Second Ave. South, Suite 2000
Nashville, TN 37201
Alex.Little@burr.com

By: /s/ Suzanne G. Marsh
Suzanne G. Marsh, BPR No. 015555
Jeff T. Goodson, BPR No. 023648
*Attorneys for Defendant*
*O'Connor's Enterprises LLC*
121 South Third Street
Clarksville, TN 37040
(931) 647-1501 (phone)
(931) 553-0153 (facsimile)
sgmarsh@batsonnolan.com
jgoodson@batsonnolan.com

3