UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Scottsdale Insurance Company

                                         Plaintiff,

v.                                               Case No.: 3:21−cv−00368

O'Connor's Enterprises LLC, et al.

                                         Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/30/2023 re [41].

                                                                                    Lynda M. Hill
                                                      s/ Aubrey L Frantz, Deputy Clerk